■ STANDARD BRANDS, INCORPORATED, v. SEELEY & COMPANY, INCORPORATED.— Motion to dismiss appeal dismissed as academic, the appeal having been withdrawn. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ BETTY GOLDSTEIN v. HERMAN SCHWARCZ.— Motion for an adjournment and stay granted on condition that the appeal taken by defendant-appellant from the judgment of the Supreme Court, Bronx County, entered on January 5, 1961, is argued or submitted during the April 1962 Term of this court. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MARIO GIANNASCA.— Motion for an enlargement of time granted insofar as to extend the time for defendant-appellant to serve and file the record on appeal and appellant's points on or before April 3, 1962, with notice of argument for the May 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ EUGENE J. BUSHER CO., INC., v. GALBREATH-RUFFIN REALTY CO., INC.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before April 5, 1962, with notice of argument for April 17, 1962, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.